IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW YOUNG, | : | Case No. 4:15-cv-01917 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| SUNBURY POLICE DEPARTMENT, GARY HECKMAN, and CHRISTOPHER BLAISE, | : : : : | |
| Defendants. | : | |

**ORDER**

February 3, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss Plaintiff Matthew Young's Complaint (ECF No. 18) is DENIED.

BY THE COURT:

<u>s/ Matthew W. Brann</u>
Matthew W. Brann
United States District Judge